**No. 09-10677. In re Marshall D. Williams, Petitioner.**

560 U.S. 951, 130 S. Ct. 3403, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4692.

June 7, 2010. Petition for writ of habeas corpus denied.

---

**No. 09-10745. In re Alton R. Marcum, Petitioner.**

560 U.S. 951, 130 S. Ct. 3403, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4627,

June 7, 2010. Petition for writ of habeas corpus denied.

---

**No. 09-10363. In re Roger Mayweather, Petitioner.**

560 U.S. 952, 130 S. Ct. 3396, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4702,

June 7, 2010. Petition for writ of mandamus denied.

---

**No. 09-10026. In re Donald G. Jones, Petitioner.**

560 U.S. 951, 130 S. Ct. 3390, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4674.

June 7, 2010. Petition for writ of mandamus denied.

---

**No. 09-10041. In re Otis Telbert Berthey, Petitioner.**

560 U.S. 952, 130 S. Ct. 3390, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4619.

June 7, 2010. Petition for writ of mandamus and/or prohibition denied.

---

**No. 08-8379. Othel L. Cooksey, Jr., Petitioner v. Bobby McElroy, et al.**

560 U.S. 961, 130 S. Ct. 3405, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4689.

June 7, 2010. Petition for rehearing denied.

Former decision, 556 U.S. 1156, 129 S. Ct. 1676, 173 L. Ed. 2d 1042, 2009 U.S. LEXIS 2403.

---

**No. 09-985. In re Stacy Ann Patterson, Petitioner.**

560 U.S. 961, 130 S. Ct. 3405, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4682.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1066, 130 S. Ct. 2110, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3140.